# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, et al.,<br>　　　　Defendants. | EDCV 20-67 DSF (KKx)<br><br>JUDGMENT |

　　The Court having dismissed this action with prejudice because it is legally and factually patently frivolous,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed with prejudice.

Date: May 4, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　United States District Judge